```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
SERGIO HERNANDEZ,                             :
                            Plaintiff,        :
                                              :           21 Civ. 6753 (LGS)
            -against-                         :
                                              :               ORDER
LAKE AVE PIZZA LLC, et al.,                   :
                                              :
                            Defendants.       :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 25, 2021, required Plaintiff to file a proposed Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules by November 18, 2021, in the event Defendants did not appear (Dkt. No. 13);

WHEREAS, Defendants did not appear;

WHEREAS, on November 18, 2021, Plaintiff filed a proposed Clerk's Certificate of Default;

WHEREAS, on November 19, 2021, the Clerk of Court notified Plaintiff of deficiencies in the proposed Clerk's Certificate of Default;

WHEREAS, Plaintiff has not cured the deficiencies and has not filed a proposed Order to Show Cause for default judgment and related papers.  It is hereby

**ORDERED** that Plaintiff shall cure the deficiencies identified in the Clerk of Court's notice and file a proposed Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules by **December 1, 2021**.  Plaintiff's counsel is reminded that failure to comply with court-ordered deadlines may result in sanctions, including dismissal for failure to prosecute.

Dated: November 30, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE