```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SERGIO HERNANDEZ,                                            :
                              Plaintiff,                     :
                                                             :       21 Civ. 6753 (LGS)
            -against-                                        :
                                                             :            ORDER
LAKE AVE PIZZA LLC, et al.,                                  :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 25, 2021, required Plaintiff to file a proposed Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules by November 18, 2021, in the event Defendants did not appear (Dkt. No. 13);

WHEREAS, Defendants did not appear;

WHEREAS, on November 18, 2021, Plaintiff filed a proposed Clerk's Certificate of Default;

WHEREAS, on November 19, 2021, the Clerk of Court notified Plaintiff of deficiencies in the proposed Clerk's Certificate of Default;

WHEREAS, Plaintiff did not cure the deficiencies and did not filed a proposed Order to Show Cause for default judgment and related papers by November 18, 2021;

WHEREAS, the Order dated November 30, 2021, required Plaintiff to file a proposed Order to Show Cause for default judgment and related papers by December 1, 2021.

WHEREAS, Plaintiff cured the deficiencies with the proposed Clerk's Certificate of Default and a Certificate of Default was issued on November 30, 2021.

WHEREAS, Plaintiff did not file a proposed Order to Show Cause for default judgment and related papers. It is hereby

**ORDERED** that Plaintiff shall file a proposed Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules by **December 6, 2021**.  Plaintiff's counsel was previously reminded that failure to comply with court-ordered deadlines may result in sanctions, including dismissal for failure to prosecute.  If Plaintiff does not file the proposed Order to Show Cause for default judgment and related papers, Plaintiff shall file a letter stating why the case should not be dismissed for failure to prosecute by **December 6, 2021**.

Dated: December 2, 2021
      New York, New York

LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE