UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SERGIO HERNANDEZ,                                           :
                                        Plaintiff,          :
                                                            :         21 Civ. 6753 (LGS)
            -against-                                       :
                                                            :         ORDER
LAKE AVE PIZZA LLC, et al.,                                 :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the December 15, 2021, Order at Dkt. No. 32 required Plaintiff to file a letter by December 21, 2021, regarding his intentions to file an amended complaint and the legal grounds for entering default against Rey "Doe" Junior without more information about his identity;

WHEREAS, Plaintiff did not file the letter;

WHEREAS, in response to Plaintiff's failure to comply with deadlines on two occasions, Plaintiff's counsel has been reminded that failure to comply with Court-ordered deadlines may result in sanctions, including dismissal for failure to prosecute. Dkt. Nos. 18 and 24. It is hereby

**ORDERED** that Plaintiff shall file the letter required by the December 15, 2021, Order by **December 29, 2021**. In addition to the requirements set forth in the December 15, 2021, Order, the letter shall state why this case should not be dismissed for failure to prosecute given Plaintiff's third failure to comply with Court-ordered deadlines.

Dated: December 22, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**