UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SERGIO HERNANDEZ NAJERA,                :
                      Plaintiff,      :
                                   :      21 Civ. 6753 (LGS)
         -against-             :
                                   :      <u>ORDER</u>
LAKE AVE PIZZA LLC, et al.,             :
                   Defendants,    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 11, 2022, directed Plaintiff to refile the proposed Clerk's Certificate of Default by April 15, 2022, and to move for default judgment and file the default judgment papers by April 26, 2022;

      WHEREAS, Plaintiff's proposed Clerk's Certificate of Default filed on April 14, 2022, is pending review by the Clerk's Office. It is hereby

      **ORDERED** that Plaintiff's deadline to move for default judgment and file the default judgment papers is extended to one week after the Clerk's Office approves Plaintiff's proposed Clerk's Certificate of Default.

      The Clerk of Court is respectfully requested to review the proposed Clerk's Certificate of Default at Dkt. No. 51.

Dated: May 3, 2022
       New York, New York

*[signature]*
L<small>ORNA</small> G. S<small>CHOFIELD</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>