## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO HERNANDEZ NAJERA,<br>*individually and on behalf of all other*<br>*employees similarly situated*<br><br>         *Plaintiff*,<br><br>-v-<br>LAKE AVE PIZZA LLC (DBA LAKE<br>AVENUE PIZZA) AND<br>RAYMOND DELFINO.<br><br>                       *Defendants.* | **1:21-cv-06753-LGS**<br><br>**[PROPOSED] DEFAULT**<br>**JUDGMENT** |

This action was commenced on August 10, 2021 (Docket # 1) Summons were issued for individual defendant on January 24, 2022 (Docket # 5). Service was then made on the defendant on January 24, 2022 (Docket #9).

To date, no defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of Defendants (Docket 18) The time for answering the Complaint having expired, it is:

NOW, on motion of Plaintiff, by his attorney Stillman Legal PC., It is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment jointly and severally against the Defendant DBA LAKE AVENUE PIZZA) AND RAYMOND DELFINO, in the amount of $ 47,290.00 including (A) unpaid wages in the amount of $ 16,140.00  (B) liquidated damages for unpaid minimum and overtime wages in the amount of $ 16,140.00 (C) statutory damages for violation of New York Labor Law §193 and §195 in the amount of $5,000 (D) statutory damages for violation of New York Labor Law § 191 in the amount of $5,000. (E) Unpaid Spread of Hours $5,010.00

(F) That the Plaintiff is awarded attorney's fees in the amount of $6,384.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

September 14, 2022

_____
U.S.D.J.