UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO HERNANDEZ NAJERA, <u>individually</u> and <u>on</u> <u>behalf</u> <u>of</u> <u>others</u> <u>similarly</u> <u>situated</u>,

                      Plaintiff,

-v-

LAKE AVE PIZZA LLC, <u>doing</u> <u>business</u> <u>as</u> LAKE AVENUE PIZZA, and RAYMOND DELFINO, <u>individually</u>,

                      Defendants.

CIVIL ACTION NO.: 21 Civ. 6753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 30, 2022, the Court directed Plaintiff to (i) serve on Defendants a copy of the September 30, 2022 Order (the "Order"), and (ii) file proof of service by October 4, 2022. To date, Plaintiff has not filed proof of service of the Order. Accordingly, Plaintiff shall serve the Order on Defendants and file proof of service by no later than **Tuesday, October 11, 2022.**

Dated:      New York, New York
             October 5, 2022

                                                SO ORDERED.

*[signature]*

SARAH L. CAVE
United States Magistrate Judge

1