UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO HERNANDEZ NAJERA, individually and on behalf of others similarly situated,

          Plaintiff,

-v-

LAKE AVE PIZZA LLC, doing business as LAKE AVENUE PIZZA, and RAYMOND DELFINO, individually,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 6753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 30, 2022, the Court directed Plaintiff to submit proposed findings of fact and conclusions of law concerning damages (the "Proposed Findings") by Friday, October 28, 2022.  (ECF No. 68).  To date, Plaintiff has not filed the Proposed Findings.  Accordingly, Plaintiff shall file the Proposed Findings by no later than **Monday, November 7, 2022.**

Dated:    New York, New York
            October 31, 2022

SO ORDERED.

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

1