UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO HERNANDEZ NAJERA, individually and on behalf of others similarly situated,

                  Plaintiff,

-v-

LAKE AVE PIZZA LLC, doing business as LAKE AVENUE PIZZA, and RAYMOND DELFINO, individually,

                  Defendants.

CIVIL ACTION NO.: 21 Civ. 6753 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By no later than **Tuesday, November 22, 2022**, Plaintiff shall file proof of service of the Proposed Findings of Fact and Conclusions of Law (ECF No. 72), the Affidavit of Sergio Hernandez (ECF No. 72-1), and **this Order** on the Defendants.

Dated:    New York, New York
           November 15, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

1