UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SERGIO HERNANDEZ NAJERA, individually and on behalf

of others similarly situated,

                    Plaintiff,      Case No. 1:21-cv-06753-LGS-SLC

       - against -

LAKE AVE PIZZA LLC d/b/a LAKE AVENUE PIZZA

and RAYMOND DELFINO, individually,

                  Defendants.

-----------------------------------------------------------x

## JUDGMENT

This action having been commenced on August 10, 2021, by the filing of the Complaint (ECF No. 1); and Defendants having been duly served with process; and Defendants having failed to answer, appear, or otherwise respond to the Complaint; and a Clerk's Certificate of Default having been entered on May 4, 2022 (ECF No. 53); and the Court having entered a Default Judgment on September 29, 2022 (ECF No. 67); and the matter having been referred to Magistrate Judge Sarah L. Cave for an inquest on damages; and Magistrate Judge Cave having issued a Report and Recommendation on August 3, 2023 (ECF No. 77); and Judge Lorna G. Schofield having adopted the Report and Recommendation in full on September 6, 2023 (ECF No. 79); now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff SERGIO HERNANDEZ NAJERA recover from Defendants LAKE AVE PIZZA LLC d/b/a LAKE AVENUE PIZZA and RAYMOND DELFINO, jointly and severally, as follows:

1. **Compensatory Damages**: $21,150.00, consisting of:
    a. Straight Time Wages: $4,080.00;
    b. Overtime Wages: $12,060.00;
    c. Spread-of-Hours Damages: $5,010.00;

2. **Liquidated Damages**: $21,150.00;

3. **Prejudgment Interest**: on Plaintiff's damages for unpaid minimum, overtime, and spread-of-hours wages (i.e., $21,150.00) at a rate of nine percent (9%) per annum from October 20, 2020, to the date of entry of this Judgment;

4. **Attorneys' Fees**: $5,460.00;

5. **Post-Judgment Interest**: pursuant to 28 U.S.C. § 1961, at the federal statutory rate from the date of entry of this Judgment until paid;

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close this case.

Dated: New York, New York
 March 11, 2026

SO ORDERED:

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Entered this _____ day of _____, 202.

_____

Clerk of the Court

By: _____

Deputy Clerk